**Dennis Rene LANZA–BANEGAS, aka Francisco Hernandez–Gomez, aka Rene Lamza, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 13–70777.

United States Court of Appeals, Ninth Circuit.

Feb. 17, 2015.[*]

Filed Feb. 25, 2015.

Rosana Cheung, Law Office of Rosana Kit Wai Cheung, Los Angeles, CA, for Petitioner.

Oil, Dara Smith, Trial, Jennifer Paisner Williams, Colette Jabes Winston, Esquire,

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Dennis Renee Lanza–Banegas, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") order granting him pre-conclusion voluntary departure. We dismiss the petition for review.

We lack jurisdiction to review Lanza–Banegas' unexhausted contention that his waiver of appeal before the IJ was not knowing and intelligent. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir.2010) (no jurisdiction to review legal claims not presented in the petitioner's administrative proceedings before the BIA).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).